## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **FLORENCE KOCHER** | : | **CIVIL ACTION** |
| | : | |
| **v.** | : | |
| | : | |
| **DENIS MCDONOUGH, Secretary of** | : | |
| **Veterans Affairs, Department of** | : | |
| **Veterans Affairs** | : | **NO. 21-921** |

## ORDER

**NOW**, this 22nd day of December, 2022, upon consideration of Defendant's Motion for Summary Judgment (Doc. No. 24), the plaintiff's response, and the defendant's reply, it is **ORDERED** that the motion is **GRANTED**.

**IT IS FURTHER ORDERED** that **JUDGMENT** is entered in favor of the defendant Denis McDonough, Secretary of Veterans Affairs, Department of Veterans Affairs, and against the plaintiff Florence Kocher.

TIMOTHY J. SAVAGE, J.